IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| George Pappas, Individually and on behalf of all those similarly situated, | |
| Plaintiff, | Case No. 20-cv-6067 |
| v. | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) |
| HAMDI INC., DPPPMG LLC, PITA PITA PREP LLC, PITA PITA HOFFMAN ESTATES LLC, PITA PITA LOMBARD LLC, | (FEDERAL QUESTION) |
| Defendants, | |

## **NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants HAMDI INC., DPPPMG LLC, PITA PITA PREP LLC, PITA PITA HOFFMAN ESTATES LLC, & PITA PITA LOMBARD LLC hereby remove to this Court the state court action described below.

1. On or about 8/21/20, an action was commenced by Plaintiff in the Circuit Court of Cook County, case # 2020-CH-05489, against the same captioned Defendants.

2. All Defendants have been served with summons, some on Sept. 7th and some on Sept. 12th. The ones served on the 12th fall into the time allowed by 28 USC section 1446(b). A copy of the Complaint is attached hereto as an Exhibit.

3. This action is a civil action of which this Court has original jurisdiction under 47 USC section 227 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 USC §1441(b).

4. All Defendants are being represented by the same counsel, and have been notified of this removal.

WHEREFORE, Defendants HAMDI INC., DPPPMG LLC, PITA PITA PREP LLC, PITA PITA HOFFMAN ESTATES LLC, & PITA PITA LOMBARD LLC prays that this action be removed to the United States District Court of Northern Illinois, Eastern Division, and for such further relief as may be equitable and just.

Respectfully submitted the date that is so stamped on this document.

/s/ Charles A. Silverman
Charles A. Silverman
IL ARDC # 6291982
8800 Bronx Ave #100-F
Skokie, IL 60077
(312) 526-3201
Chsilvlaw@yahoo.com
