# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE PAPPAS, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>HAMDI, INC., an Illinois corporation, and DPPPMG LLC, PITA PITA PREP LLC, PITA PITA HOFFMAN ESTATES, LLC, and PITA PITA LOMBARD, LLC, Illinois limited liability companies,<br><br>    Defendants. | Civil Action No. 1:20-cv-06067<br><br>Hon. Jorge L. Alsonso |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, GEORGE PAPAS, and Defendants, HAMDI, INC., DPPPMG LLC, PITA PITA PREP LLC, PITA PITA HOFFMAN ESTATES, LLC, and PITA PITA LOMBARD, LLC., hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs and attorney fees.

Dated: July 6, 2021

PLAINTIFF:

/s/ Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500
Fax: 847/368-1501
rkelly@andersonwanca.com

DEFENDANTS:

/s/ Charles A. Silverman
Charles A. Silverman
8800 Bronx Ave #100-F
Skokie, IL 60077
Telephone: 312/526-3201
Chsilvlaw@yahoo.com

Roberta A. Becker
BECKER & BECKER
2300 Barrington Road #400
Hoffman Estates, IL 60169
Telephone: 847/382-9568

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Ryan M. Kelly